The Honorable David G. Estudillo

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

7  | ROEL OLMEDO, Individually and for
8  | Others Similarly Situated,

**Case No. 3:24-cv-05303-DGE**

9  |       Plaintiff

**JOINT MOTION TO STAY**

10 | v.

11 | SKY CLIMBER WIND SOLUTIONS LLC
12 | d/b/a SKY CLIMBER RENEWABLES, an
   | Ohio for-profit corporation
13
14 |       Defendant.

15
16                          **ORDER**

17        Based on the foregoing Motion, IT IS SO ORDERED that the pending deadlines pertaining

18 to the Issuance of notice are stayed until after the Parties mediate this matter. The Parties are

19 required to file a Status Report on or before April 11, 2025, advising this Court of the outcome of

20 the mediation, and in the event the mediation is not successful, attaching an agreed proposed

21 Notice to issue to the Putative Collective Members. The Clerk shall calendar this event.

22
23
24        _____
          Hon. David G. Estudillo
          United States District Judge
25 Dated this 7th day of January 2025.

26 Order to Joint Motion to Stay
   3:24-CV-05303-DGE
27