UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROEL OLMEDO,<br><br>                    Plaintiff,<br>          v.<br><br>SKY CLIMBER WIND SOLUTIONS LLC,<br><br>                    Defendant. | CASE NO. 3:24-cv-05303-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Parties' Joint Motion for Extension of Time (Dkt. No. 64) is GRANTED. The Parties shall file an updated Joint Status Report on or before May 12, 2025. The Clerk shall calendar this event.

Dated this 14th day of April 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1