UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROEL OLMEDO, | CASE NO. 3:24-cv-05303-DGE |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE (DKT. NO. 72) |
| v. | |
| SKY CLIMBER WIND SOLUTIONS LLC, | |
| Defendant. | |

On August 29, 2025, Plaintiff Roel Olmedo, on behalf of himself, all opt-in plaintiffs, and Defendant Sky Climber Wind Solutions LLC, filed a stipulated motion for voluntary dismissal without prejudice. (Dkt. No. 72.) Based on the Parties' stipulation, the Court GRANTS the stipulated motion and ORDERS that Plaintiff's claims against Defendant are DISMISSED without prejudice. Each party shall bear their own costs and attorney fees.

ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE (DKT. NO. 72) - 1

1   Dated this 1st day of December, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION OF DISMISSAL WITHOUT PREJUDICE (DKT. NO. 72) - 2